IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**ABEL J. DEDEAUX, #L6562**                                                      **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 1:15-cv-112-HSO-RHW**

**THERESSIA A. LYONS**                                                     **DEFENDANT**

## FINAL JUDGMENT

This matter came before the Court *sua sponte*, for screening pursuant to 28 U.S.C. § 1915.  The Court, after a full review and consideration of the pleadings on file, the record as a whole, and relevant legal authorities, finds that in accord with its Memorandum Opinion and Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that Plaintiff's Complaint filed pursuant to 42 U.S.C. § 1983 is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 22nd day of June, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE